UNITED STATED COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| VICKIE DELLINGER | : | Case No. 09-4020 |
| | : | |
| Plaintiff-Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER | : | **STIPULATION TO DISMISS** |
| United States Postal Service | : | |
| | : | |
| Defendant-Appellee. | : | |

The undersigned hereby stipulate that the above appeal may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

/s/ Sheila M. Smith
SHEILA M. SMITH, ESQ.
Attorney for Plaintiff-Appellant,
Vickie Dellinger

/s/ Teresa A. Gonsalves
TERESA A. GONSALVES, ESQ.
Attorney for Defendant-Appellee,
John E. Potter

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

/s/ Sheila M. Smith