Case No. 09-4020

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

VICKIE DELLINGER,

    Plaintiff - Appellant

v.

JOHN E. POTTER, United States Postal Service,

    Defendant - Appellee

   In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33(d),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: April 15, 2010